No. 519. MILLER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Max Cohen* for petitioners. *Acting Solicitor General Spritzer* for the United States.

No. 524. CORRINGTON *v.* WEBB, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, ET AL. C. A. 9th Cir. Certiorari denied. *Herbert M. Ansell* for petitioner. *Acting Solicitor General Spritzer* for respondents.

No. 527. AHO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Charles R. Maloney* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 529. PROTECTION MUTUAL INSURANCE Co. *v.* PLANTERS MANUFACTURING Co. C. A. 5th Cir. Certiorari denied. *Ronald A. Jacks* for petitioner. *William H. Maynard* for respondent.

No. 535. MARCHESE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for Marchese, and *Russell E. Parsons* for Del Bono, petitioners. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 537. LOCAL 1291, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Martin J. Vigderman* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent National Labor Relations Board.